# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Julia Rielinger, | ) Case No. 25-cv-481-LM-TSM |
| Plaintiff, | ) |
| v. | ) JUDGE |
| Nancy Liang, individually, and | ) |
| Chinatown Dev LLC, | ) MAGISTGRATE |
| Shaojia Huang, | ) |
| Dave Thompson | ) |
| DL Thompson LLC | ) |
| John Do Movers | ) |
| Debra Brown, Phil McCall | ) |
| et al | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR (1) ALTERNATIVE SERVICE OF PROCESS AND (2) EXTENSION OF TIME TO SERVE (FED. R. CIV. P. 4(m))**

Plaintiff Julia Rielinger respectfully moves for an Order (1) permitting and granting alternative service of process and (2) extending the deadline to complete service. This motion is made under Fed. R. Civ. P. 4(e)(1), 4(h)(1), and 4(m) (and any applicable New Hampshire service rules incorporated by Rule 4(e)(1)). In support, Plaintiff states:

## I.    Background

1. This action is pending in the U.S. District Court for the District of New Hampshire under Case No. 25-cv-481-LM-TSM.

2. Defendants include Nancy Liang (individual) and Chinatown Dev LLC (to be served through its agent, Nancy Liang) were served in person on Feb 23, 2026 at 2142 Fenway Drive,

Beachwood, OH 44122 after it is found that she hardly at the address 6105 Parkland Blvd. Ste 230,Mayfield Hts, OH) 44124 after three personal service attempts and one certified mail.

3. On Feb 23th, it was found that Defendants have another service address which is at 2142 Fenway Drive, Beachwood, OH 44122.

## II.    Diligent efforts to serve

4.Plaintiff retained multiple processer servers and made multiple repeated personal attempts to accomplish personal service on all defendants, including attempts on February 18, 2026 and February 20, 2026, and further three personal attempt efforts on February 23, 2026..*Please see Exhibit A -Affidavit from Demarcus Taylor and Jon Liptak, Exhibit C-Serve Complete Declaration*

5. On Feb 21, 2026, Plaintiff sent certified mails to Defendant Shaojia Huang, Dave Thompson and Debra Brown, Phil McCall.  *Please see Exhibit B—certified mails proof*

6. On February 23, 2026, Plaintiff also sent the case papers by certified mail to Defendants Nancy Laing and Chinatown Dev LLC at one address in Mayfield Hts, OH and another address at Beachwood, OH and has USPS documentation reflecting the mailing and tracking. Plaintiff also emailed the complaint to Defendants Cleveland Chinatown Dev LLC and Nancy Liang. *Please see Exhibit B -Certified Mails Proof.*

7. Plaintiff 's servers made six personal attempts including the email and finally the server was able to serve Defendants Cleveland Chinatown Dev LLC and Nancy Liang, who is agent and atty for Cleveland Chinatown Dev LLC and is Defendant for herself, in person at 7:00 pm on Feb 23, 2026 at 2142 Fenway Drive, Beachwood, OH 44122. *Please see Exhibit C*

## III. Legal standard

8. Under Fed. R. Civ. P. 4(e)(1), an individual may be served by following state law for service

in the state where the district court sits or where service is made. Under Fed. R. Civ. P. 4(h)(1),

an LLC may be served in the manner prescribed by Rule 4(e)(1) for serving an individual, or by

delivering process to an officer/authorized agent.

9. Where traditional service methods have been attempted in good faith and are impracticable or

would cause undue delay, courts may authorize alternative means reasonably calculated to

provide notice, including service by certified mail and by email when supported by evidence that

the email address is used by the defendant.

**IV. Request for alternative service**

10. Plaintiff respectfully requests permission to serve Defendants by the following alternative

means, each of which is reasonably calculated to provide actual notice:

A. Certified mail (return receipt requested) to Defendants at the Beachwood address

11. Plaintiff requests that service be deemed effective by mailing the Summons and Complaint

(and this Court's Order, if granted) via USPS certified mail, return receipt requested, to:

Nancy Liang and Chinatown Dev LLC (c/o Nancy Liang, agent), 2142 Fenway Drive,

Beachwood, OH 44122 and  6105 Parkland Blvd. Ste 230, Mayfield Hts, OH) 44124;  Shaojia

Huang, 33427 Lakeshore Blvd., Eastlake, OH 44095 ; Dave Thompson, 19406 Meadowlark

Lane, Warrensville Hts, OH 44128 : Debra Brown and Phil McCall,  10705 Grace Ave, Garfield

Hts, OH 44125

B. Email service (if the Court permits)

12. Plaintiff also requests permission to serve by email to the following address(es) used by

Defendants (or their agent), which Plaintiff will provide and document by printout/screenshot

and prior communications if needed.

C. Posting/door delivery + mail (optional backup)

13. If the Court prefers a non-electronic backup method, Plaintiff requests permission to (i) tape a copy of the Summons and Complaint to the front door at all Defendants' addresses.

## V. Request for extension of time

Plaintiff requests an extension of the service deadline to allow service under the alternative methods authorized by the Court and/or to allow time for receipt of summonses by mail.

14. Good cause exists because Plaintiff has made multiple attempts, pursued certified mail, and is encountering administrative/access barriers outside Plaintiff's control. Defendants will not be prejudiced because they have notice of the dispute and Plaintiff is acting promptly and in good faith.

## VI. Requested relief

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Authorize alternative service of process as requested above (certified mail and email, or such method(s) as the Court deems appropriate); and

2. Extend the deadline for service under Fed. R. Civ. P. 4(m) by 60 days (or another period the Court deems just); and

3. Grant such other relief as is equitable and just.

Respectfully submitted,

*/s/ Julia Rielinger*

Julia Rielinger, Plaintiff

5 Tsienneto Road #177, Derry, NH 03038

Email: juliarielinger@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2026, I mailed a copy of this Motion (and exhibits) to Defendants

at the addresses of all certified mails sent.          */s/ Julia Rielinger*

                                                         Julia Rielinger, Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Julia Rielinger v. Nancy Liang, et al.

Case No. 25-cv-481-LM-TSM

Plaintiff's Motion for Alternative Service and Extension of Time is GRANTED.

1.  Plaintiff is authorized to serve Defendants Nancy Liang and Chinatown Dev LLC and all

    defendants by:

    a. Mailing the Summons and Complaint via USPS certified mail, return receipt requested,

    b. also grant Emailing the Summons and Complaint to defendants.

2.  Service shall be deemed complete upon mailing / delivery / return receipt / email

    transmission.

3.  The deadline to complete service is extended to _____ (or 60 days from the

    date of this Order).

SO ORDERED.

Dated: _____, 2026

United States District Judge / Magistrate Judge _____

# Exhibit A

# Affidavit of Demarcus Taylor and Jon Liptak

STATE OF OHIO     )

CUYAHOGA COUNTY   ) **AFFIDAVIT**

I, Demarcus Taylor, state the following truth:

1. I am 18 years old and not any party to the lawsuit I was retained to serve Defendants

 Chinatown Dev LLC, Nancy Liang, Shaojia Huang, Dave Thompson, Debra Brown and Phil

 McCall at the following addresses:

1). Shaojia Huang, 33427 Lakeshore Blvd., Eastlake, OH 44095

2). Nancy Liang, , Chinatown Dev LLC, 6105 Parkland Blvd, Ste 230, Mayfield, Hts, OH 44124

3). David Thompson and DL Thompson LLC, 19406 Meadow Lane, Warrensville Hts, OH

44128

4). Debra Brown, Phil McCall, 10705 Grace Ave, Garfield Hts, OH 44125

2. I made one attempt on Feb 18th, 2026 and another attempt on Feb 19, 2026, trying to serve the

above defendants in person for the complaint with Case Number 1:25-CV-481-LM-TSM.

3. The above defendants have lights on inside but would not come to door after I knocked on the

door therefore I had to tape the complaints on their doors.

Affiant states the above facts are true.

*Demarcus Taylor*

Demarcus Taylor, Affiant, Signature

2-21-2026

Date

*[signature]*   states on 2-21   date, 2026 that her (his)

Public of Notary, signature and stamp

Commission expires on 8-17-2029









STATE OF OHIO                        )

CUYAHOGA COUNTY                      )        **AFFIDAVIT**


I, Jon Liptak, state the following truth:

1.  I am over 18 years old and I am not the party of the complaint I served on the Defendant

    Nancy Liang and Defendant Chinatown Dev LLC at 6105 Parkland Blvd., Ste 230,

    Mayfield Ht, OH 44124.

2.  I made attempt to serve the above two defendants in person on Feb 20th, 2026.

3.  The Defendants were not in on Feb 20th, 2026, whose associate atty Mark Dvorak at

    Dubyak Nelson LLC accepted the complaint and promised me to give to the above

    Defendants in person.

I state the above truth.


_Jon Liptak_ _____

Jon Liptak, Affiant, Signature


_2/23/26_ _____

Date

_____ states on _2/23_ _____ date of 2026

Public Notary, Signature and Stamp

Commission expires on _9/18/29_ _____



CHRISTOPHER MICHAEL GANDOLF
Notary Public, State of Ohio
My Commission Expires
September 18, 2029
COMMISSION: 2024-RE-881931

# Exhibit B

## Five Certified Mails Sent 



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Shaojia Huang
Street and Apt. No., or PO Box No.  2342 Lakeshore Blvd
City, State, ZIP+4®  Eastlake, OH 44095

PS Form 3800, January 2023          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Cleveland, OH 44128      OFFICIAL USE

Certified Mail Fee        $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $0.00
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage    $2.72
                                    02/21/2026
Total Postage and Fees
$8.02
Sent To  David Thompson          Warrensville
Street and Apt. No., or PO Box No.  DL Thompson LLC   OH 44128
City, State, ZIP+4®  3440 Meadow lack lane

PS Form 3800, January 2023          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Cleveland, OH 44125      OFFICIAL USE

Certified Mail Fee        $5.30
                                    0811
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $0.00
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage    $2.72
Total Postage and Fees
$8.02
Sent To  Phil McCahl & Debra Brown
Street and Apt. No., or PO Box No.  10.705 Grace Ave
City, State, ZIP+4®  Garfield Hts OH 44125

PS Form 3800, January 2023          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE®**

AMC FINANCE UNIT
5801 POSTAL RD
CLEVELAND, OH 44181-9600
www.usps.com

02/21/2026                          01:56 PM

TRACKING NUMBERS
9500 1154 7664 6052 5177 14
9589 0710 5270 2334 6787 30
9589 0710 5270 2334 6787 15

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 3 | $1.89 | $5.67 |
| USPS Grnd Advtg | 1 | | $7.30 |

Eastlake, OH 44095
Weight: 0 lb 4.60 oz
Estimated Delivery Date
Tue 02/24/2026
Tracking #:
9500 1154 7664 6052 5177 14

| Insurance | | | $0.00 |
|---|---|---|---|

Up to $100.00 included

Total                               $7.30

| First-Class Mail® | 1 | | $2.72 |
|---|---|---|---|

Large Envelope
Cleveland, OH 44128
Weight: 0 lb 4.70 oz
Estimated Delivery Date
Tue 02/24/2026

| Certified Mail® | | | $5.30 |
|---|---|---|---|

Tracking #:
9589 0710 5270 2334 6787 30

Total                               $8.02

| First-Class Mail® | 1 | | $2.72 |
|---|---|---|---|

Large Envelope
Cleveland, OH 44125
Weight: 0 lb 4.80 oz
Estimated Delivery Date
Tue 02/24/2026

| Certified Mail® | | | $5.30 |
|---|---|---|---|

Tracking #:
9589 0710 5270 2334 6787 16

Total                               $8.02

Grand Total:                        $29.01

Credit Card Remit                   $29.01
Card Name: MasterCard



**UNITED STATES POSTAL SERVICE.**

AMC FINANCE UNIT
5801 POSTAL RD
CLEVELAND, OH 44181-9600
www.usps.com

02/23/2026                              02.16 PM

TRACKING NUMBERS
9589 0710 5270 2334 6787 47
9589 0710 5270 2334 6787 54

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS, ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Large Envelope | 1 | | $2.44 |
| Cleveland, OH 44124 Weight: 0 lb 3.40 oz Estimated Delivery Date Wed 02/25/2026 | | | |
| Certified Mail® Tracking #: 9589 0710 5270 2334 6787 47 | | | $5.30 |
| Total | | | $7.74 |
| Mailer 10.5 x 16 | 1 | $1.89 | $1.89 |
| First-Class Mail® Large Envelope | 1 | | $2.44 |
| Beachwood, OH 44122 Weight: 0 lb 3.70 oz Estimated Delivery Date Wed 02/25/2026 | | | |
| Certified Mail® Tracking #: 9589 0710 5270 2334 6787 54 | | | $5.30 |
| Total | | | $7.74 |



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Beachwood OH 44122                     0811 10

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage  $2.44

Total Postage and Fees
$7.74

Sent To  Yan Liang / Nancy Liang Chinatown Dev.
Street and Apt. No., or PO Box No.
24172 Fenway Drive
City, State, ZIP+4  Beachwood, OH 44122

PS Form 3800, January 2023          See Reverse for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Cleveland OH 44124                     0811 10

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required       $_____
☐ Adult Signature Restricted Delivery $_____

Postage  $2.44

Total Postage and Fees
$7.74

Sent To  Nancy Liang Chinatown Dev. LLC
Street and Apt. No., or PO Box No.  4125 Parkland Blvd. Ste 220
City, State, ZIP+4  Mayfield Hts. OH 44124

PS Form 3800, January 2023          See Reverse for Instructions

# Exhibit C

# Email Proof and Declaration of Two

# Complete Personal Service



**Level Woodruff declaration of complete service**

DECLARATION (28 U.S.C. § 1746)

I, Level Woodruff, declare: I am over 18 and not a party. On Feb. 23, 2026 at about 7:00 p.m., at 2142 Fenway Drive, Beachwood, OH 44122, I hand-delivered a copy of the Complaint in this matter (and accompanying papers provided to me) to Nancy Liang, who personally received them. I declare under penalty of perjury that this is true. The two signed proof of service is attached

*/s/ Levell  Woodruff*

Levell Woodruff

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cleveland Chinatown Dev. LLC

was received by me on *(date)* Feb 18, 2026 .

☒ I personally served the summons on the individual at *(place)* 2142 Fenway Drive
Beachwood, OH 44122 on *(date)* Feb 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ ., who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ 200 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2-23-2025 _____
_Server's signature_

Level Woomhat
_Printed name and title_

13013 Orme 44125
_Server's address_

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nancy Liang (also known Yao Liang)
was received by me on *(date)*  Feb 18, 2026   .

☒ I personally served the summons on the individual at *(place)*  2142 Fenway Drive
Beachwood, OH 44122     on *(date)*  Feb 23, 2026   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $  200   for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  2-23-2025

Server's signature

Level Woomph
Printed name and title

13013 Orme  44125
Server's address

Additional information regarding attempted service, etc: