**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Julia Rielinger,<br> Plaintiff,<br>        v.<br>Cleveland Chinatown Dev LLC<br>Nancy Liang<br>et al<br>Defendants. | Civil No. 25-cv-00481-LM-TSM<br><br>Judge _____<br><br>PLAINTIFF'S REQUEST FOR CLERK'S<br>ENTRY OF DEFAULT |

Plaintiff Julia Rielinger respectfully requests that the Clerk enter default under Fed. R. Civ. P. 55(a) against the following

defendant(s): Defendants **Cleveland Chinatown Dev LLC and Nancy Liang who were validly personally served and**

**filed no answer, motion, or appearance by March 16ᵗʰ, 2026 as supposed to by Fed R Civ P 6(a) AND 12 (a)** .

## LEGAL GROUNDS FOR THE REQUEST

- Each defendant identified in this request was validly personally served with the summons and complaint. The proof of

  service for each such defendant has been filed on the docket on Feb 24, 2026 and March 19, 2026, Also proofs of

  return service are attached with this motion. The identified defendants were served in person twice, one of which the

  complaint was left with associate, the other of which was served in person. Meanwhile they were served via email and

  US Certified mails that were all successfully delivered and received by the identified defendants.

- More than 21 days have passed since service was completed on each such defendant, excluding the day of service and

  counting every subsequent day as required by Fed. R. Civ. P. 6(a) and 12(a).

- As of the date of filing, each such defendant has failed to plead or otherwise defend within the time allowed by the

  Federal Rules of Civil Procedure.

- Plaintiff seeks default only as to defendants with clean service records. Plaintiff does not seek default in this filing

  against any defendant whose service remains disputed, incomplete, or subject to a pending request for alternative

  service.

## Specific defendant information

| Defendant | Date served | Response due | No response filed as of |
|---|---|---|---|
| Cleveland Chinatown Dev LLC | Feb 20, 2026 left with associate | | |
| | **Feb 23, 2026 in person** | **March 16th, 2026** | **March 19th, 2026** |
| | Feb 23, 2026 via certified mail | | |
| | Feb 24, 2026 via email | | |
| Nancy Liang | Feb 20, 2026 left with associate | | |
| | **Feb 23, 2016 in person** | **March 16th, 2026** | **March 19th, 2026** |
| | Feb 23, 2026 via certified mail | | |
| | Feb 24, 2026 via email | | |

The proofs are attached.

According to Fed Civ R 6 (a) and 12(a), Defendants **Cleveland Chinatown Dev LLC and Nancy Liang** are obligated to file answer by March 16th, 2026 after they were personally served by process server on Feb 23, 2026. In **D.N.H.** Local Rule **55.1(a)** says : **"The clerk shall enter a default"** against the party who fails to respond within the time provided by Rule 12. Also **Rule 77 (c)(2)** says the clerk may **"enter a default"** without first getting a judge's order as long as the return of service is filed with court and defendant does not file answer within 21 days after the service is complete and perfected. A pending, or suggested transfer of venue does not suspend a defendant's obligation under Rule 12 (a) to respond to a properly served complaint. Only the filing of a Rule 12 motion alters the response deadline under Rule 12 (a) (4). Venue transfer is governed by statures:: 28 U.S.C. § 1404 (convenience transfer) and 28 U.S.C. § 1406 (wrong venue) and those statutes do not change Rule 12 deadlines nor give automatic extra time. Therefore, a pending, or suggested transfer of venue does not suspend a defendant's obligation under Rule 12(a) to respond to a properly served complaint. Defendant was properly served and failed to answer or otherwise defend within the time required by Rule 12(a). The mere possibility or discussion of venue transfer does not excuse noncompliance with Rule 12, nor does it toll the response deadline.

2

**WHEREFORE,** Plaintiff respectfully requests that the Clerk enter default against the defendant(s) listed above pursuant to Rule 55(a).

Respectfully submitted,
*/s/ Julia Rielinger*
Julia Rielinger, Plaintiff, pro se
5 Tsienneto Road, #177
Derry, NH 03038
phone: 1-440-638-9632
Email: juliarielinger@yahoo.com

# Certificate of Service

I certify that on March 19, 2026, I mailed a copy of this Request for Clerk's Entry of Default by regular U.S. mail to each defendant identified in this request at the defendant's last-known address 2142 Fenway Drive, Beachwood, OH 44122.

*/s/ Julia Rielinger*

Julia Rielinger, Plaintiff, pro se

# EXHIBIT A

**Level Woodruff declaration of complete service**

DECLARATION (28 U.S.C. § 1746)

I, Level Woodruff, declare: I am over 18 and not a party. On Feb. 23, 2026 at about 7:00 p.m., at 2142 Fenway Drive, Beachwood, OH 44122, I hand-delivered a copy of the Complaint in this matter (and accompanying papers provided to me) to Nancy Liang, who personally received them. I declare under penalty of perjury that this is true. The two signed proof of service is attached

*/s/ Levell  Woodruff*

Levell Woodruff

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

<table>
<tr><td rowspan="9">_Julia Rielinger_____<br>Plaintiff(s)<br><br>v.<br><br>Cleveld Chinatown Dev. LLC,____<br>Defendant(s)</td><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>) Civil Action No. 25-CV-00481-LM-TSM</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
<tr><td>)</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

Cleveland Chinatown Dev. LLC
2142 Fenway Drive
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Rielinger
5 Tsieneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  ___ __ __ ___ ___          ___ ___ _____ __ _
                                        _Signature of Clerk or Deputy Clerk_

Case 1:25-cv-00481-LM-TSM    Document 4    Filed 11/25/25

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cleveland Chinatown Dev. LLC
was received by me on *(date)* Feb 18, 2026 .

☒ I personally served the summons on the individual at *(place)* 2142 Fenway Drive
Beachwood, OH 44122                    on *(date)* Feb 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ ., who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ 200 for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11-19-2025

Levell Woodruff
*Server's signature*

Levell Woodruff
*Printed name and title*

13013 Orme 44125
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of

|  |  |  |
|---|---|---|
| _Julia Rielinger_ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 25-CV-00481-LM-TSM |
| | ) | |
| _Nancy Liang_ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nancy Liang
2142 Fenway Drive
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Rielinger
5 Tsienneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                    *Signature of Clerk or Deputy Clerk*

Case 1:25-cv-00481-LM-TSM    Document 4    Filed 11/25/25    Page ....

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy Liang (also known Yan Liang)
was received by me on *(date)* Feb 18, 2026 .

☒ I personally served the summons on the individual at *(place)* 2142 Fenway Drive
Beachwood, OH 44122                 on *(date)* Feb 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____., who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ 200 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3-13-2025

_____
Server's signature

Level Wendff
Printed name and title

13013 Orme 44125
Server's address

Additional information regarding attempted service, etc:

STATE OF OHIO     )

CUYAHOGA COUNTY   )  **AFFIDAVIT**

I, Jon Liptak, state the following truth:

1. I am over 18 years old and I am not the party of the complaint I served on the Defendant

Nancy Liang and Defendant Chinatown Dev LLC at 6105 Parkland Blvd., Ste 230,

Mayfield Ht, OH 44124.

2. I made attempt to serve the above two defendants in person on Feb 20th, 2026.

3. The Defendants were not in on Feb 20th, 2026, whose associate atty Mark Dvorak at

Dubyak Nelson LLC accepted the complain and promised me to give to the above

Defendants in person.

I state the above truth.

*Jon Liptak*

_____

Jon Liptak, Affiant, Signature

2/23/26

_____

Date

_____  states on  2/23  _____  date of 2026

Public Notary, Signature and Stamp

Commission expires on  9/18/29  _____



CHRISTOPHER MICHAEL GANDOLF
Notary Public, State of Ohio
My Commission Expires
September 18, 2029
COMMISSION: 2024-RE-981931

STATE OF OHIO                          )

CUYAHOGA COUNTY                        )  AFFIDAVIT


I, Julia Rielinger, state the following truth:

1.  I emailed the complaint of Case Number 25-cv-00481-LM-TSM on Feb 24, 2026 to the

    email address of Chinatown Dev LLC and Nancy Liang as lianglawfirmllc@gmail.com

2.  I also sent the complaint of Case Number 25-cv-00481-LM-TSM via certified mails on

    Feb 23, 2026 to Chinatown Dev LLC and Nancy Liang at 2142 Fenway Drive,

    Beachwood, OH 44122 and 6105 Parkland Blvd, Ste 230, Mayfield Hts, OH 44124 on

    Feb 23, 2026 and all the certified mails were delivered and received according to US

    Postal Tracking.


_____

Julia Rielinger, Affiant

3/19/2026
_____

Date


_____

Public Notary, Signature

A GIAVONETTE JOHNSON
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
11-03-29

_____

Stamp of Public Notary





Case 1:25-cv-00481-LM-TSM          Document 11          Filed 03/19/26          Page 13 of 15

**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 9589071052702334678747

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on February 25, 2026 in CLEVELAND, OH 44124.

Feedback

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
### Delivered, Front Desk/Reception/Mail Room

CLEVELAND, OH 44124
February 25, 2026, 10:27 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

## See Less ⌃

Track Another Package

Case 1:25-cv-00481-LM-TSM    Document 11    Filed 03/19/26    Page 14 of 15

**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9589071052702334678754

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 4:11 pm on March 4, 2026 in BEACHWOOD, OH 44122.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered
**Delivered, Left with Individual**

BEACHWOOD, OH 44122
March 4, 2026, 4:11 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

See Less ∧

Track Another Package

**yahoo!mail**    Sent  ✕    Search in Sent                    ⇅    Q              Go back to the old Yahoo Mail    ▶ Go ad-free

New message                          ← Back        ↩  ➦  ✉  ☆  ▭  🗑  •••            ∧  ↓  ✕            Starred    Contact

📥 Inbox        207K        ▭ Sent

✉ Unread

☆ Starred                      # attached complaint  📎

✈ Sent                              Julia W
                                    To: Liang · Tue, Feb 24 at 12:03 PM ∨
📄 Drafts        706

📅 Scheduled                         Ms Liang, please find the attached complaint at Federal Court, NH

🗑 Trash                             1 attachment                              Download  ⬇

🛡 Spam
                                        complaint again... .docx                                    Ad removed.
✉ Archive                               DOCX · 70.3 KB                                               Show details

📁 Folders      ∨                        ◉    ⬆

••• More

                                                                                                    .

                              Reply ↩        Forward ➦

☁ Storage