# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Julia Rielinger, | ) Case No. 25-CV-00481-LM-TSM |
| Plaintiff, | ) |
| v. | ) Judge |
| Cleveland Chinatown Dev LLC | ) |
| Nancy Liang, et al | ) |
| Defendants. | ) |

## NOTICE OF RETURN OF SERVICE AS TO DEFENDANTS

## CLEVELAND CHINATOWN DEV LLC AND NANCY LIANG

Plaintiff Julia Rielinger hereby files the executed proof of service as to Defendants Cleveland Chinatown Dev LLC and Nancy Liang.

Attached hereto as Exhibit A is the signed return / executed summons / affidavit of service showing service upon Defendants Cleveland Chinatown Dev LLC and Nancy Liang.

Respectfully submitted,

*/s/ Julia Rielinger*

Julia Rielinger, Plaintiff, pro se

5 Tsienneto Road, #177

Derry, NH 03038

Email: juliarielinger@yahoo.com

## Certificate of Service

I certify that on March 19, 2026, I mailed a copy of this notice by regular U.S. mail to each defendant identified in this request at the defendant's last-known address 2142 Fenway Drive, Beachwood, OH 44122.

*/s/ Julia Rielinger*

Julia Rielinger, Plaintiff, pro se

# EXHIBIT A

**Level Woodruff declaration of complete service**

DECLARATION (28 U.S.C. § 1746)

I, Level Woodruff, declare: I am over 18 and not a party. On Feb. 23, 2026 at about 7:00 p.m., at 2142 Fenway Drive, Beachwood, OH 44122, I hand-delivered a copy of the Complaint in this matter (and accompanying papers provided to me) to Nancy Liang, who personally received them. I declare under penalty of perjury that this is true. The two signed proof of service is attached

*/s/ Levell  Woodruff*

Levell Woodruff

Case 1:25-cv-00481-LM TSM    Document 8-2    Filed 02/13/26

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of

| | | |
|---|---|---|
| Julia Rielinger | ) ) ) ) ) ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 25-CV-00481-LM-TSM |
| | ) ) ) ) | |
| Cleveland Chinatown Dev. LLC, | ) ) | |
| Defendant(s) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cleveland Chinatown Dev. LLC
2142 Fenway Drive
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Rielinger
5 Tsienneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 1:25-cv-00481-LM-TSM    Document 4    Filed 11/25/25

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Cleveland Chinatown Dev. LLC
was received by me on (date) Feb 18, 2026 .

☒ I personally served the summons on the individual at (place) 2142 Fenway Drive
Beachwood, OH 44122 on (date) Feb 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ ., who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____
_____

My fees are $ 200 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 2-23-2026

_____
Server's signature

Level Woorkff
Printed name and title

13013 Orme 44125
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|  |  |  |
|---|---|---|
| _Julia Rielinger_ <br> *Plaintiff(s)* <br> v. <br> _Nancy Liang_ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-CV-00481-LM-TSM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nancy Liang
2142 Fenway Drive
Beachwood, OH 44122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julia Rielinger
5 Tsienneto Road #177
Derry, NH 03038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nancy Liang (also known Yan Liang)
was received by me on *(date)* Feb 18, 2026.

☒ I personally served the summons on the individual at *(place)* 2142 Fenway Drive
Beachwood, OH 44122 on *(date)* Feb 23, 2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____., who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____

My fees are $ 200 for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8-19-2025

_____
Server's signature

Level Woomght
_____
Printed name and title

13013 Orme 44125
_____
Server's address

Additional information regarding attempted service, etc:

STATE OF OHIO                         )

CUYAHOGA COUNTY                       )        AFFIDAVIT

I, Jon Liptak, state the following truth:

1.  I am over 18 years old and I am not the party of the complaint I served on the Defendant

    Nancy Liang and Defendant Chinatown Dev LLC at 6105 Parkland Blvd., Ste 230,

    Mayfield Ht, OH 44124.

2.  I made attempt to serve the above two defendants in person on Feb 20th, 2026.

3.  The Defendants were not in on Feb 20th, 2026, whose associate atty Mark Dvorak at

    Dubyak Nelson LLC accepted the complain and promised me to give to the above

    Defendants in person.

I state the above truth.


_____

Jon Liptak, Affiant, Signature


2/23/26
_____

Date


_____  states on  2/23  _____ date of 2026

Public Notary, Signature and Stamp

Commission expires on  9/18/29  _____



STATE OF OHIO                 )

CUYAHOGA COUNTY       )   AFFIDAVIT

I, Julia Rielinger, state the following truth:

1. I emailed the complaint of Case Number 25-cv-00481-LM-TSM on Feb 24, 2026 to the email address of Chinatown Dev LLC and Nancy Liang as lianglawfirmllc@gmail.com

2. I also sent the complaint of Case Number 25-cv-00481-LM-TSM via certified mails on Feb 23, 2026 to Chinatown Dev LLC and Nancy Liang at 2142 Fenway Drive, Beachwood, OH 44122 and 6105 Parkland Blvd, Ste 230, Mayfield Hts, OH 44124 on Feb 23, 2026 and all the certified mails were delivered and received according to US Postal Tracking.

Julia Rielinger, Affiant

3/19/2026

Date

Public Notary, Signature

A GIAVONETTE JOHNSON
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
11-03-29

Stamp of Public Notary





**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 95890710527023346787747

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on February 25, 2026 in CLEVELAND, OH 44124.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

CLEVELAND, OH 44124
February 25, 2026, 10:27 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 9589071052702334678754

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 4:11 pm on March 4, 2026 in BEACHWOOD, OH 44122.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

BEACHWOOD, OH 44122
March 4, 2026, 4:11 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                          ⌄

USPS Tracking Plus®                                           ⌄

Product Information                                           ⌄

See Less ∧

Track Another Package

**yahoo!mail**    Sent ✕    Search in Sent    ⇌    Q    Go back to the old Yahoo Mail    🔘 Go ad-free

New message    ← Back    ↰ ↱ ✉ ☆ 🗀 🗑 ⋯    ⌃ ↓ ✕    Starred  Contact

📥 Inbox    207K    🗀 Sent

✉ Unread

☆ Starred    # attached complaint 📎

✈ Sent    Julia W
To: Liang · Tue, Feb 24 at 12:03 PM ⌄

🗋 Drafts    706

📅 Scheduled    Ms Liang, please find the attached complaint at Federal Court, NH

🗑 Trash    1 attachment    Download ⬇

🛇 Spam    complaint again... .docx
✉ Archive    DOCX · 70.3 KB    Ad removed.
Show details

    👁  ⬇

🗀 Folders    ⌄

⋯ More

Reply ↰    Forward ↱

⛅ Storage