**UNITED STATES DISTRICT COURT FOR THE DISTIRCT OF NEW HAMPSHIRE**

JULIA RIELINGER

Plaintiff(s)/United States

v.                                                                Case No. 1:25-CV-481-LM-TSM

DEBRA BROWN, et al.,

Defendant(s)

**PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING**

NOW COMES the Plaintiff/Defendant, Debra Brown, appearing pro se (hereafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to participate in electronic filing. In support of this motion, Pro Se Litigant states the following:

1.  Pro Se Litigant is presently named a party in the above case.
2.  Pro Se Litigant is not presently incarcerated.
3.  Pro Se Litigant represents that he/she has the following system requirements to participate in electronic filing:
    A.  Personal computer (Pentium 233 mhz or higher/Mac equivalent) (64MB Ram) running a standard platform (e.g., Windows XP or Vista 7 or 8);
    B.  Portable Document Format (PDF) compatible word processing software for creating pleadings (e.g., Corel Wordperfect, Microsoft Word);
    C.  PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;
    D.  Internet service using point-to-point protocol (PPP) for accessing the Internet and for sending and receiving e-mails (Broadband service is highly recommended (minimum access speed of 56K));
    E.  Internet browser that is compatible with PACER and CM/ECF, such as Firefox and/or Internet Explorer 7 or 8;
    F.  An upgraded Individual PACER account. A PACER account suspended for a violation of PACER's Policies and Procedures, including an overdue account balance, is not valid account for CM/ECF filing purposes.  Any suspension must be resolved by the account holder with PACER before requesting leave to file electronically;
    G.  A document scanner and/or access to a document scanner;
4.  As a condition of participating in electronic filing, Pro Se Litigant understand and agrees to the following:
    A.  That I am required to maintain and keep the aforementioned systems in working order;
    B.  That I am required to review the USDCNH Supplemental Rules for Electronic Case Filing and will be expected to comply with all rules and procedures governing ECF;

C. That I will review the interactive "New Hampshire Computer Based Training Modules" (best viewable using Internet Explorer) on the court's website at www.nhd.uscourts.gov/training;

D. That I may only file electronic documents in the above captioned case;

E. That I will keep the email addresses associated with my PACER account current and able to receive electronic notices from the court;

F. The clerk's office will terminate my ability to participate in electronic filing should an attorney subsequently file an appearance on my behalf in the above captioned case;

G. I understand that hard copies will no longer be issued by the court or opposing counsel;

H. That the court may terminate my ability to participate in electronic filing at any time for failure to comply with any of the above conditions or other conditions stated herein.

Date: March 16, 2026

Signature: _____

Printed Name: Debra Brown

Address: 10705 Grace Avenue

Garfield Heights, OH 44125

Email : debrabattles@msn.com

Telephone: (216) 253-0863

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing MOTION was mailed/hand delivered to the following persons at the address specified herein: Julia Rielinger / Julie Robert

5 Tsienneto #177

Derry, NH 03038

Date: March 16, 2026

Signature: _____

Name: Debra Brown

(Printed or Typed)

(USDCNH-97 (2-20)

Debra Brown
10705 Grace Avenue
Garfield Heights, OH 44125

FILED – USDC –NH
2026 MAR 23 AM10:41

CLEVELAND OH   440

19 MAR 2026 PM 1  L



FOREVER 7 USA

U.S. District Court
55 Pleasant Street, Room 110
Concord, NH 03301-3941

USMS SCREENED

03301-394135