FILED – USDC –NH
2026 APR 9 AM 10:46

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Julia Rielinger, | ) | Civil No. 25-cv-481-LM-TSM |
| Plaintiff, | ) | |
| v. | ) | Judge: |
| Chinatown Dev LLC("CCD"), et al | ) | Magistrate: |
| Defendants. | ) | |

## EXHIBITS FOR PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION

HERE COMES Plaintiff respectfully submit the Exhibits (I-III) for Plaintiff's objection of report and recommendation that was filed on March 7th, 2026.

Respectfully submitted,

/s/ Julia Rielinger

Julia Rielinger, Plaintiff

5 Tsienneto Road, $177, NH 03038

Email: juliarielinger@yahoo.com

1

# EXHIBIT I

**City of Cleveland, OH citations and expert reports**

**THE CITY OF CLEVELAND**
**DEPARTMENT OF BUILDING & HOUSING**
**DIVISION OF CODE ENFORCEMENT**
**601 LAKESIDE AVE. CLEVELAND, OH 44114**

**NOTICE OF VIOLATION OF BUILDING AND HOUSING ORDINANCES**

WARD: 7                                                    ISSUE DATE: 11/18/2024

CENSUS TRACT: 107300                                       PPN: 10215022

PROP. ADDRESS: 2168 Rockwell Ave Cleveland, OH             AKA: 2134 ROCKWELL
44114

-------------------------------------- RESPONSIBLE PARTY(S) ------------------------------------

CLEVELAND CHINATOWN DEVELOPMENT INC
2168 ROCKWELL AVE
CLEVELAND, OH  44114

CLEVELAND CHINATOWN DEVELOPMENT INC
33427 LAKESHORE BLVD EASTLAKE OH 44095

CLEVELAND CHINATOWN DEVELOPMENT INC
AGENT: LAIFONG CHEUNG 2150 ROCKWELL AVE CLEVELAND OH 44103

OCCUP./USE: MXD Mixed Uses - Multiple uses in          INSPECTION DATE: 11/07/2024
one building
KIND OF STRUCTURE: 3 Sty. Masonry walls/Wood           VIOLATION #: V24030994
floors
ZONING DISTRICT: Semi-Industry

NUMBER OF DWELLING UNITS:

TYPE OF VIOLATION: Interior Maintenance

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY THE BELOW
LISTED "COMPLY DATE".

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR PENALTY
AS PROVIDED BY LAW.

PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE.

<u>RIGHT TO APPEAL</u>
You have the right to appeal this notice. If you wish to appeal, you must file a written appeal within 30 days of the
issuance date on this notice. The appeal must be filed at:
Cleveland City Hall
601 Lakeside Avenue, Room 516
Cleveland, Ohio 44114

---

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Kevin McMahon      PHONE 2166642872  EMAIL: KMcMahon2@clevelandohio.gov

Page 1 V24030994 - 2168 Rockwell Ave Cleveland, OH 44114

**THE CITY OF CLEVELAND**
**DEPARTMENT OF BUILDING & HOUSING**
**DIVISION OF CODE ENFORCEMENT**
**601 LAKESIDE AVE. CLEVELAND, OH 44114**

**NOTICE OF VIOLATION OF BUILDING AND HOUSING ORDINANCES**

WARD: 7                                                             ISSUE DATE: 8/13/2025

CENSUS TRACT: 107300                                               PPN: 10215022

PROP. ADDRESS: 2164 Rockwell Cleveland, OH                         AKA: 2134 Rockwell Ave
44114

———————————————— RESPONSIBLE PARTY(S) ————————————————

CLEVELAND CHINATOWN DEVELOPMENT LLC
2134 ROCKWELL AVE
CLEVELAND, OH 44114


CLEVELAND CHINATOWN DEVELOPMENT LLC
C/O LAIFONG CHEUNG 2150 ROCKWELL AVENUE CLEVELAND OH 44103

CLEVELAND CHINATOWN DEVELOPMENT LLC
2154 Rockwell Ave Cleveland, OH 44104

CLEVELAND CHINATOWN DEVELOPMENT LLC
33427 Lakeshore Blvd Eastlake OH 44095


OCCUP./USE: MXD Mixed Uses - Multiple uses in            INSPECTION DATE: 08/01/2025
one building
KIND OF STRUCTURE: 3 Sty. Masonry walls/Wood            VIOLATION #: V25025438
floors
ZONING DISTRICT: Semi-Industry
NUMBER OF DWELLING UNITS:

TYPE OF VIOLATION: Interior/Exterior Maintenance

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY THE BELOW
LISTED "COMPLY DATE".

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR PENALTY
AS PROVIDED BY LAW.


PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE.

—————————————————————————————————————————————

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Arnold                    PHONE: 216-6643744 EMAIL: aarnold@clevelandohio.gov

Page 1 V25025438 - 2164 Rockwell Cleveland, OH 44114

<u>RIGHT TO APPEAL</u>

You have the right to appeal this notice. If you wish to appeal, you must file a written appeal within 30 days of the issuance date on this notice. The appeal must be filed at:

Cleveland City Hall
601 Lakeside Avenue, Room 516
Cleveland, Ohio 44114

| SEQ NO | COMPLY DATE | NATURE OF VIOLATION | COMMENTS |
|---|---|---|---|
| 1 | 09/12/2025 | 23[369.16(A)(B)]: THE INTERIOR FLOOR(S) ARE BROKEN, CRACKED, DETERIORATED, WEAK, LOOSE, HAVE HOLES, NOT WATER RESISTANT, AND/OR NEED REPAIR OR PAINTING. THE SPECIFIC LOCATION IS: | FIND THE SOURCE OF LEAKING GREASE AND REPAIR. FIND THE SOURCE OF LEAKS THAT ARE DAMGEING THE CIELING TILES AND REPAIR PROPERPLY. REPAIR ANY DETRIORATED FLOORING FROM SAID GREASE LEAKS. |
| 2 | 09/12/2025 | 3 [3101.10(C)]: MAINTENANCE OF EXTERIOR WALLS AND ROOF. EXTERIOR WALLS OF EVERY STRUCTURE AND APPURTENANT SHALL BE MAINTAINED WEATHERTIGHT AND SHALL BE MAINTAINED SO TO RESIST DECAY OR DETERIORATION FROM ANY CAUSE. | MASONARY DIVIDING WALL IS IN DANGER OF COLLAPSING. COLUMNS ALONGSIDE THE CAR PORT IS IN DANGER OF FALLING. CEILING OF CAR PORT IS CRUMBLING AND FALLING OFF. WALL OF COMPLEX WHERE A COLUMN HAS FALLEN NEEDS ATTENTION. |
| 3 | 09/12/2025 | 49[369.14(c)]: ALL OPENINGS INTO THE FOUNDATIONS OF EVERY DWELLING STRUCTURE SHALL BE PROTECTED AGAINST THE ENTRANCE OF RODENTS | A RECIEPT FROM A CERTIFIED PEST CONTROL/EXTERMIN ATION COMPANY IS REQUIRED ALONG WITH A TREATMENT PLAN FOR RODENTS. |
| 4 | 09/12/2025 | 6 [3101.10(E)] THE EXTERIOR PREMISES SHALL BE MAINTAINED FREE FROM ANY DEBRIS, MATERIAL OR WHICH MAY CREATE A HEALTH, ACCIDENT OR HAZARD, OR WHICH IS A PUBLIC NUISANCE. | REMOVE ALL NON WORKING EQUIPMENT, GARBAGE, TABLES, FURNITURE ETC,,FROM OUTSIDE UNDER CAR PORT. |

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Arnold                    PHONE: 216-6643744 EMAIL: aarnold@clevelandohio.gov

Page 2 V25025438 - 2164 Rockwell Cleveland, OH 44114

**THE CITY OF CLEVELAND**
**DEPARTMENT OF BUILDING & HOUSING**
**DIVISION OF CODE ENFORCEMENT**
**601 LAKESIDE AVE. CLEVELAND, OH 44114**

**NOTICE OF VIOLATION OF BUILDING AND HOUSING ORDINANCES**

WARD: 7                                                    ISSUE DATE: 9/22/2025

CENSUS TRACT: 107300                                       PPN: 10215022

PROP. ADDRESS: 2164 Rockwell Cleveland, OH                 AKA: 2134 Rockwell Ave
44114

———————————————— RESPONSIBLE PARTY(S) ————————————————

CLEVELAND CHINATOWN DEVELOPMENT LLC
2134 ROCKWELL AVE
CLEVELAND, OH  44114


CLEVELAND CHINATOWN DEVELOPMENT LLC
C/O LAIFONG CHEUNG  2150 ROCKWELL AVENUE  CLEVELAND OH 44103

CLEVELAND CHINATOWN DEVELOPMENT LLC
2154 Rockwell Ave Cleveland, OH 44104

CLEVELAND CHINATOWN DEVELOPMENT LLC
33427 Lakeshore Blvd Eastlake OH 44095


OCCUP./USE: MXD Mixed Uses - Multiple uses in          INSPECTION DATE: 09/16/2025
one building

KIND OF STRUCTURE: 3 Sty. Masonry walls/Wood           VIOLATION #: V25031265
floors

ZONING DISTRICT: Semi-Industry

NUMBER OF DWELLING UNITS:

TYPE OF VIOLATION: Interior/Exterior Maintenance

THIS NOTICE SHALL BE COMPLIED WITH AND ALL VIOLATIONS CORRECTED BY THE BELOW
LISTED "COMPLY DATE".

FAILURE TO COMPLY WITH THIS NOTICE WILL RESULT IN PROSECUTIVE ACTION OR PENALTY
AS PROVIDED BY LAW.


PLEASE CONTACT THE INSPECTOR UPON RECEIPT OF THIS NOTICE.

———————————————————————————————————————————

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Arnold                    PHONE: 216-6643744 EMAIL: aarnold@clevelandohio.gov

Page 1 V25031265 - 2164 Rockwell Cleveland, OH 44114

## RIGHT TO APPEAL

You have the right to appeal this notice. If you wish to appeal, you must file a written appeal within 30 days of the issuance date on this notice. The appeal must be filed at:

Cleveland City Hall
601 Lakeside Avenue, Room 516
Cleveland, Ohio 44114

| SEQ NO | COMPLY DATE | NATURE OF VIOLATION | COMMENTS |
|---|---|---|---|
| 1 | 10/22/2025 | 61[3101.10(e)]: THE PREMISES SHALL BE MAINTAINED FREE OF ANY DEBRIS,MATERIAL OR CONDITION WHICH MAY CREATE A HEALTH, ACCIDENT OR FIRE HAZARD, OR WHICH IS A PUBLIC NUISANCE. SPECIFICALLY: | wall penetrations in basements are not properly protected presenting a fire hazard |
| 2 | 10/22/2025 | 952 [3137.12(b)(1),369.12]: THERE IS EXCESSIVE USE OF EXTENSION CORDS | |
| 3 | 10/22/2025 | 953 [3137.12(b)(3),369.12]: THE ELECTRICAL SPLICES ARE NOT MADE IN APPROVED WORKBOXES | |
| 4 | 10/22/2025 | 954 [369.12]: THE ELECTRICAL DEVICES ARE HANGING BY CONDUCTORS | |

TO CONTACT YOUR INSPECTOR CALL MONDAY THRU FRIDAY.

INSPECTOR: Arnold               PHONE: 216-6643744 EMAIL: aarnold@clevelandohio.gov

Page 2 V25031265 - 2164 Rockwell Cleveland, OH 44114



**Blessed Assistance Services LLC**
**Cleveland, OH**
Phone: (216) 496-9383
Email:  blessedassistance@aol.com
Fax:     (216) 359-0050
Web:     blessedassistance.com
LICENSED,BONDED&INSURED



NAT-F113178-1

## Rockwell Building summary

### Date: Sep 20th, 2025

This is a addendum to the report that I previously made last Dec from a prior inspection when this building needed to be shut down and closed up for two consecutive days each month for at least a year with an evacuation process to clear out the armies' rats that have occupied the entire building and travel in between drywalls, in between the ceiling tile and the floor above in every unit throughout the whole building every day.

Since last Dec, the landlord refused to follow my advice I submitted in my last Dec report. Because of how fast rats multiply, with well-known facts that the rats have a population rate of six to 12 baby rats per female who can get pregnant 48 hours after she have a litter which multiplies into average of 500 to a thousand baby rats from that population within 48 hours. Since last Dec it has been over nine months, with that multiplying speed, there will be mil more rats occupying and controlling that entire building since my last Dec report. The method the landlord is using by placing box with medicine in outside the building is not effective. Because the rats can die in between drywalls, their dead bodies are health hazard to the public. Because the code violation was reported to building dept last Nov, the landlord has been retaliating against the two tenants who reported the violation to building dept, the landlord has been unlawfully trying to push the tenants out when the landlord owed the tenants $500k and the tenants owe the landlord

1

nothing. The landlord and his attorney lied in court this August when I was called in as witness, they made false statements under oath during the court hearing by saying that there were rats but now no rat in the building. After the hearing, on or around August 24, 2025, Cleveland Security Camera Company came and installed one camera on one ceiling tile in 2164 Rockwell and one camera on one ceiling tile in 2168 Rockwell, then on August 28, they produced rat activity footages from August 26 movement and August 27 movement, we were told if they installed each camera on each ceiling tile in every unit, there would be footages of armies' rats because the camera caught the noise of armies' rats but each camera only can catch the rat image when the rat is right in front of the camera, so rats can move around and if they are all right in front of the camera, the camera will have footage of all of them otherwise will have sound of them and footage of the one that is right in front of the camera.

Last Dec I recommended the entire building shut down every month for two consecutive days each month for at least a year. But the landlord did not do and refused to do what I advised when there were three tenants having agreed to follow my advice. For over nine months with the excessive multiplying speed of rats, especially the technician from Cleveland Security Camera Company got sick from rat virus when he was installing the camera on the ceiling tile, I strongly recommend the entire building completely shut down with all ceiling tiles taken down in every unit through out the entire building for a long period of time till the camera on ceiling tile in each unit does not catch any rat movement nor sound. During the complete shutdown of the entire building, I recommend each unit with ceiling tile down to be smoke bombed at least three times a month and seal all the holes through out the exterior of the building at the same time after each smoke bomb. With ceiling tile taken down and not on, there will be very limited space for rats to hide and run. The restaurant and all units that have holes on steps, floors and walls must be sealed after the cameras in every unit show no rat movement nor sound after a year evacuation of rats.

A couple of days ago I was informed that the owner or personnel from the daycare indicated that City Health Dept sent 10 to 20 inspectors and

2

investigators over a couple of days ago, she said she told them there were rats but no rat now. That was lie because she said it normal to have rats in downtown Cleveland, she needs make money, she does not want the building to be shut down. If any child dies from the rat virus, it will be severe mistake for not shutting the entire building down. One of the exterminators who took care of the daycare rat infestation was working for me and has told me the basement of the daycare are full of dead rats and droppings. I did work on the building of upstairs residential units, the daycare and the two commercial tenants' spaces downstairs, the rats have been in the building for years, the landlord has kept refusing to treat the building but telling every tenant to take care of the rats themselves. The rat infestation problem is the building problem not each tenant problem, if the landlord refuses to treat the entire building, the building will be eaten by more mil rats because rats are night animals but right now have taken over the whole building, have been feeling so comfortable and safe to take over the entire building by moving around everywhere even during the day time starting 9 am.

I strongly recommend inspecting each ceiling tile of every unit of the daycare, hot pot and emperor palace. I strongly recommend to shut down entire building and install camera on ceiling tile in each unit through out the entire building because the landlord does not believe the rat infestation is big problem by telling everyone that he caught a hundred rats a day at his Emperor Palace, he just uses hot water to kill them and when his customer sitting under the ceiling tiles heard rats noise asked him what that sound was, he said he told the customer it was the tenant upstairs moving around. Rat infestation is not a light issue to ignore because it does cause death.

Right now the daycare places temporary financial gain above the children's health and safety and made lies to 10 -20 city inspectors and investigators city sent, that is severely wrong!

I strongly recommend having camera systems or a monitoring process to watch the rats evacuate and for the points of entrance to be completely sealed up and sealed off. Once this is done then the cleanup of the interior must be done as well because the residue from the feces can cause the

sickness and death. The feces in the building is hazardous health issue for all tenants. I also have been informed that the owner of the building has indicated that they have taken care of the problem or the situation. I disagree with those statements because just like how they indicated during the Zoom hearing at Court under oath, they lied about not knowing the owner of the tenants and then they further continued lie by saying that they already took care of the problem as how they lied to city building dept this Feb when there is no way in the world where they could have taken care of this multiply population issue of rats within two months. Four years ago Orkin already told the landlord that it would take years to get rid of all the rats that have occupied and taken over his entire building. There's water leakage in between the ceilings and the floor above and as long as the rats have entry and water they can multiply and people can get sick from their multiplication and from their droppings also the owners of the daycare and the restaurants are very much aware about how severe the rat infestitaiton has been growing but because they want to make money so they lie to city and the landlord unlawfully retaliates and unlawfully ambushes, lies in court trying to push the tenants who truly care about the public health and interest out.

The Hot Pot must be closed up because they are one of the rats' colonies. The daycare has kitchen we installed and they store food for the kids, they are one of other rats' colonies too.

Should you have any question, please feel free to contact me. My number 1-216-496-9383.

THANK YOU

*LEVELL WOODRUFF*



*Blessed Assistance Services*

*LLC*

**Cleveland, OH**
Phone: (216) 496-9383
Email:  blessedassistance@aol.com

Fax:     (216) 359-0050
Web:    blessedassistance.com



NAT-F113178-1

Date: Dec 16th, 2024, 2024

In re: Rat Epidemic for the Rockwell building, How Hot Pot at 2162 Rockwell Ave, Cleveland, OH 44114 contributes to the Rat Epidemic

This report is from Blessed Assistance Services LLC, a licensed bonded contractor with Inspection Services attached to the business. I have searched and inspected Building located on Rockwell over the several years and have discovered the increase rate of multiplication of rats rodents throughout the whole building. We have provided rat extermination services to Jupiter Health at 2164 Rockwell Ave, Cleveland, OH 44114 and Mellott Homes at 2168 Rockwell Ave, Cleveland, OH 44114 for over four years and it has been loosing battles. We finally found out the grease room of Hot Pot next door is one of the reasons why we are fighting the loosing battle and the grease dripping from Hot Pot for years and Hot Pot not taking care of it contributes another reason for the loosing battles. There is a process to be able to eliminate them which would be very timely and very costly  but will play significant impact for safe and health of all tenants and residents, whose health and safety are in great danger at this moment due to the gross imposition, lack of maintenance of Hot Pot to keep the thousands and hundreds rats away from residing inside the all walls throughout the whole building and every first floor unit. According to Orkins, the rats have built colony inside the basement of Hot Pot by digging the hole of the floor and every step of the stairs, also Hot Pot has not cleaned nor

sanitized their grease room and that attracts rats daily. The grease trap Hot Pot uses attracts rats and needs be ordered to be removed to outside of the building. The rats  multiple every 9 weeks and the whole building has been taken over by armies of rats and is getting worse every day. The only effective remedy will be: 1. The whole building with all stores especially Hot Pot has to shut down two days out of each month, put smoke bombs in every unit, every room, every basement and above each ceiling tile of every floor, so the rats inside the building and every corner, cracks of the building  can be chased out of the building, the normal bait method is not good because they can die in between the walls and it will cause long term health hazard to the residence. This smoke bomb extermination method needs be repeated every month for at least a year. The bait traps would not be a option due to the fact that it will cause rats die, rats can die in between walls because they are residing between walls throughout the whole  building and the smell of their decayed bodies in between walls will fumigate the whole location throughout the building entire units of storefronts, apartments and condos and will be virtually impossible to clean so the option is not going to be any cages or bail trap but to bomb each section  of the whole building every unit at the same time each month.  2.Then seal all the holes and cracks outside the building to give no room for the rats to come in. I see the loosing battles Jupiter Health, Mellott Homes and Day care have been fighting for years because Hot Pot and landlord are not solving the roots of the problems, there are thousands of thousands of rats reside inside the walls, cracks of the whole building. The only way to treat the rat epidemic in that building is to order Hot Pot and landlord to shut down the whole building, every store, every apartment two days a month for at least a year to use smoke bomb chase all the rats residing in between walls and cracks out of the building. Should you have any questions, please feel free to contact me. Thank you.

Sincerely,

Level Woodruff



**Blessed Assistance Services LLC**
**Cleveland, OH**
Phone: (216) 496-9383
Email: blessedassistance@aol.com
Fax:    (216) 250-8250
Web:    blessedassistance.com
LICENSED,BONDED&INSURED



NAT-F113178-1

## SEWER BACK UP
## INVESTIGATION REPORT

## 2168 ROCKWELL AVE, CLEVELAND, OH 44114

### 7/7/2023

We were called out to inspect the drainage at the above property after the City of Cleveland came out to inspect the outside sewer for any blockage on this day. They discovered no blockage on the street of Rockwell but they found the issues that exit inside 2162 Rockwell Ave, Cleveland, OH 44114 which caused the sewer back up at 2168 Rockwell Ave, Cleveland, OH 44114.

We then inspected all the floor drains as well as the drains from the above store of Sichuan Hot Pot which address is 2162 Rockwell Ave. Cleveland, OH 44114. We went inside the restaurant with the permission of the restaurant owner and staff, we discovered that grease is being poured down the drains going into the wrong places and ending up in the drains going into the street, building up and clogged up the sewer. We also discovered there was several drains lines that have grease on the outside of them plus leaks of grease was seen on the floor and has been leaked from water drains, it indicates that there has been grease in the water drains. We also discovered that there was a grease trap in the basement of 2162 Rockwell Ave, Cleveland, OH 44114 where there has been sanitary storm tied to it thru the grease trap, which means that grease from the above is going into the

drainage system, which should not be, which means when the grease hardens in the sewer lines, it causes drain flow issues, which will cause drains to back up water due to the grease, which cause the basement floor of 2168 Rockwell Ave, Cleveland, OH 44114 flood all the time and the toilet to flush slow as well. **THIS WAS NOTICE ON BOTH BACK BASEMENTS IN THE BACK OF THE BUILDING AND THE FLOOR DRAIN HAS GREASE IN IT AS WELL.**

**WHAT MUST BE DONE IMMEDIATELY IS TO CLEAN UP THE GREASE TRAP NOW AND EVERY WEEK, CLOTH ALL DRAINS WITH SNAKE TO CLEAN AS MUCH AS POSSIBLE ALL GREASE FROM DRAINLINES OF 2162 ROCKWELL AVE TO ENSURE GOOD FLOW TO THE STREET AND TO SNAKE ALL FLOOR DRAINS AS WELL, THEN TO JET FLUSH DRAINAGE SYSTEM AND TO RUN CAMERA TO VIEW THE RESULTS, AND TO THEN PROCEED TO CLEAN TO INSURE BETTER FLOW.**

**THE PIPING OF DRAINAGE SYSTEM IN THE BACK NEED BE CORRECTED, THE GREASE NEED BE GOING TO THE GREASETRAP ONLY, GREASETRAP IS NOT SUPPOSED TO BE TIED IN WITH DRAINLINES AND THE DRAINSLINES NEED GO TO THE SEWER ALONE AS IT IS SUPPOSED TO WITHOUT BEING TIED WITH GREASE TRAP**

**IF THERE ARE ANY QUESTIONS OR CONCERNS**

**FEEL FREE TO CALL ME AT THE ABOVE PHONE OF 216-496-9383**

**THANK YOU**

*LEVELL WOODRUFF*



**Blessed Assistance Services LLC**
**Cleveland, OH**
Phone: (216) 496-9383
Email: blessedassistance@aol.com
Fax:     (216) 250-8250
Web:    blessedassistance.com
LICENSED,BONDED&INSURED



NAT-F113178-1

## SITE: 2168 ROCKWELL AVE, CLEVELAND, OH 44144

## INSPECTION DATE: 7/7/2023

## INSPECTION REPORT

1.WE INSPECTED THE ABOVE PROPERTY FOR THE LEAKAGE WHICH IS COMING INTO THE BASEMENT FROM THE FRONT OF THE BUILDING,AND INSPECTED IT COMPLETELY THROUGH THE CEILINGS IN THE BASEMENT AND THE STOREFRONT ENTRIES TO CONFIRM THE TRAIL OF WATER AND ITS ORIGIN.AND HERE IS THE FINDINGS IN THIS REPORT AND AN ESTIMATE WILL BE ON A INVOICE OF ITS OWN.

THERE ARE SEVERAL ENTRIES OF WATER WHEN IT RAINS AND THERE ARE SEVERAL GAPS OF WHEN IT RAINS THE WATER SEEPS THRU THE OUTSIDE FRONT SEAL OF THE STOREFRONTS, AS WELL AS THE FOYER, AS WHERE THEY ALSO HAVE GAPS WHERE WHEN IT FLOWS BACKWARDS INTO FOYER AND THROUGH THE GAPS INSIDE.NOW THE REPAIRS IS AS FOLLOWS;

1.SEAL ALL GAPS IN FRONT OF STOREFRONTS

1

2.SEAL ALL GAPS ON FLOOR/SURROUNDING BASEBOARDS OF ENCLOSED FOYERS

3.ONCE ALL AREAS ARE SEALED/THEN THE WORK IN BASEMENT BEGINS

4.ABOVE THE CEILINGS IN FRONT PART OF BASEMENT ARE FLOOR JOIST AND ONE JOIST IS FACING THE FRONT OF THE BUILDING, HOWEVER THE JOIST MUST BE REMOVED IN ORDER TO CORRECTLY REPAIR THE EXSISTING BRICKS THAT ARE CRACKED AND GAPPED,TOCORRECTLY TUCKPOINT THEM WITH SUPER MORTAR THRU THE CRACKS AND JOINTS AND THEN INSTALL BRAND NEW CEILING JOIST TO ENCLOSED IT BACK TO THE WAY IT WAS. THE LENGTH OF THE JOIST IS AROUND 30 FT.

5.THERE ARE SEVERAL ROWS OF BRICKS WHERE TUCKPOINTING IS NEEDED AND TO INSURE PROTECTION FROM ANYMORE WATER FROM COMING IN, THOSE GAPS WILL ALSO BE DONE

6.WE MAY HAVE TO DISCONNECT A SECTION OF THE FLOOR ABOVE DUE TO THE LOCATION OF THE FLOOR JOIST, WHICH MAY INCLUDE REMOVEL OF A SECTION OF THE FLOOR WITH REPLACEMENT OF SUBFLOORING AND CERAMIC TILE IF WE CAN'T REMOVE THE JOIST SUCESSFULLY IN THE BASEMENT CEILING.

IF THERE ARE ANY QUESTIONS OR CONCERNS

FEEL FREE TO CALL ME AT THE ABOVE PHONE OF 216-496-9383

THANK YOU

LEVELL WOODRUFF

2

# EXHIBIT II

**CLEVELAND MUNICIPAL COURT DECISION---ACKNOWLEDGE JULIA RIELINGER WAS LISTED AS WRONG PARTY IN THE EVICTION AND ILLEGALLY BARRED JULIA RIELINGER TO DEFEND HERSELF**

Jon Liptak has been agent for Sara Mellott Real Estate Dev. LLC since March.2023 and has never been served, as agent for Jupiter Global Resources LLC since 2021 and has never been served.



**GRETCHEN WHITMER**
**GOVERNOR**

**STATE OF MICHIGAN**
**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**LANSING**

**MARLON I. BROWN, DPA**
**DIRECTOR**

August 11, 2025

JON LIPTAK
2080 WHITTAKER ROAD
125
YPSILANTI, MI 48197-8238

## Notice of Approval

**Entity Name:** SARA MELLOTT REAL ESTATE DEVELOPMENT LLC
**Identification Number:** 900076748
**Document Type:** Articles of Organization
**Filed Date:** 08/11/2025

Thank you for your recent submission to the Corporations Division. The referenced document has been approved and filed.

**Documents submitted by mail or in person:**

- The filed document is enclosed.
- To obtain copies of filed documents, visit: www.michigan.gov/corpentitysearch

**Documents submitted online using the MiBusiness Registry Portal:**

- Downloads are available in the My Work Queue for 60 days.
- When a certificate accompanies an endorsed document, promptly download and save it to your device via the My Work Queue. Certificates are not publicly available under the entity's filings.
- To obtain copies of filed documents, visit: www.michigan.gov/corpentitysearch

**Additional Resources:**

- **Michigan Business Roadmap:** www.michigan.gov/businessroadmap
- **Michigan Small Business Development Center:** www.michigansbdc.org

For further assistance, contact the Corporations Division at (517) 241-6470 or by email corpsmail@michigan.gov.

CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU
P.O. BOX 30054 • LANSING, MI 48909
www.michigan.gov/lara
LARA is an equal opportunity employer/program.



**CLEVELAND MUNICIPAL COURT**
**HOUSING DIVISION**
**JUDGE W. MONÁ SCOTT**

JUDGEMENT ENTRY RECEIVED FOR JOURNALIZATION

NOV 13 2025

EARLE B. TURNER, CLERK

Cleveland Chinatown Development LLC
Plaintiff (s)

Date: 11/6/2025

-VS-

2025-CVG-005574

Mellot Real Estate Development LLC
Defendant (s)

**JUDGMENT ENTRY & ORDER OF DISMISSAL AS TO JULIA RIELINGER ONLY**

Case called for a virtual pretrial hearing on November 6, 2025, at 1:30 p.m. via Zoom. Attorney Liang appeared on behalf of Plaintiff, along with the Cantonese Interpreter. Attorney Drain appeared on behalf of Defendants.

For good cause shown, Attorney Drain's Motion to Withdraw is hereby granted under Prof.Cond.Rule 1.16 (b)(4). The Clerk is Ordered to remove Attorney Drain from the record. All future correspondence shall be forwarded to Defendant Mellot Real Estate Development LLC at the address on file.

Likewise, Julia Rielinger's Motion to Dismiss is hereby granted. Ms. Rielinger is no longer a representative or agent of Defendant Mellot Real Estate Development LLC, and she did not sign the commercial lease in her individual capacity. Thus, Julia Rielinger is hereby dismissed with prejudice and no longer required to appear in this case.

**Since the Court of Common Pleas declared Julia Rielinger a vexatious litigator on April 18, 2024, the <u>CLERK SHALL REFUSE TO ACCEPT</u> any further pleadings or other papers submitted for filing by Julia Rielinger, as she does not have leave to proceed under R.C. § 2323.52. (See attached).**

All second cause claims remain pending between Plaintiff Cleveland Chinatown Development LLC and Defendant Mellot Real Estate Development LLC. The virtual pretrial is reset for **Friday, December 5, 2025, at 9:00 a.m. via Zoom (Meeting ID: 344 567 9488 & Passcode: 468278).**

If Defendant fails to retain new counsel by the next hearing date, its counterclaims will be dismissed for want of prosecution.

_____
JUDGE W. MONÁ SCOTT
CMC - Housing Division

Service: Copies sent by regular U.S. mail to parties/counsel on _11/7/25_ by _SN_

Page 1 of 1

(HOUSBLNKMAGO)

# EXHIBIT III

**PROOF OF NO DUE PROCESS AND NO HEARINGS IN OH**

State of Ohio            )            **AFFIDAVIT**

Cuyahoga County            )

I, Jon Liptak, state the followings:

1. On April 17th, 2024, I went to Cuyahoga County Common Pleas Court for the hearing of CV 24-991073 that was scheduled for full hearing at 1:30Pm on April 17th, 2024 as witness for the hearing and the legal matter presented in the court.

2. Julia and I waited outside Judge Nancy Russo's court room from 12:00 to 3:30 pm for the pre-scheduled 1:30 pm hearing.

3. The court officer Ms Robinson told Julia that the judge staff attorney would come out to get her for the scheduled hearing. But after three hours wait, at the end the staff attorney came out and told Julia that the hearing will not be held because the Defendant did not show up.

4. The court should follow its own orders and hold the hearing on record even the Defendant did not follow the order and did not show up.

5. It is unconscious to waste the three hours of the party who followed the court orders and reward the party who failed to follow the court orders and very rudely made all other parties waste three hours.

6. Defendant-Appellee made multiple false statements in their reply brief in front of this Honorable Court.

7. Sara Mellott Real Estate Dev LLC and Julia Rielinger have never made any fraudulent claim. Defendant made fraudulent claim at the lawsuit of Sara Mellott Real Estate Dev LLC against Ohio Insurance Company and their fraudulent statement and fraudulent claim lead their counterclaim be denied.

3

Jon Liptak, Affiant, Signature

Jon Liptak

Jon Liptak, Affiant, Print

Public Notary

RYAN DOTSON
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES
05-03-28

8/28/2024

Date

4