UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Julia Rielinger

        v.
                                        Case No. 25-cv-481-LM-TSM

Cleveland Chinatown Development LLC et al.


ORDER


    After due consideration of the objection and exhibits filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 24, 2026.

    This case is transferred to the Northern District of Ohio.  All remaining pending motions are denied as moot.

                                _____
                                Landya B. McCafferty
                                United States District Judge

Date: April 13, 2026

cc: Julia Rielinger, pro se